### Richard Humphreys vs. Sloop *Venus*, 1750

Colony of Rhode Island etc   At a Court of Vice Admiralty held at Newport in the Colony afores$^d$ on Tuesday the Nineteenth of June A. D. 1750

Present the Honorable Samuel Wickham Esq$^r$ Dep. Judge.
The Court being opened